UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ONE 2023 LAND ROVER RANGE ROVER SUV, MISCELLANEOUS LAND ROVER RANGE ROVER VEHICLE ACCESSORIES, ONE DIAMOND RING, 1.5 MILLION SHARES OF SUNDANCE STRATEGIES, INC. STOCK AND $15,000.00 HELD AS A SECURITY DEPOSIT,<br><br>　　　　Defendants.<br><br>BENJAMIN B. MOR CO., INC. DBA VASCO ASSETS,<br><br>　　　　Claimant. | Case No. 8:23-cv-02113-JWH-DFM<br><br>**CONSENT JUDGMENT AS TO ONE 2023 LAND ROVER RANGE ROVER SUV, AND MISCELLANEOUS LAND ROVER RANGE ROVER VEHICLE ACCESSORIES**<br><br>**[NOT DISPOSITIVE OF THIS ACTION]** |

Plaintiff United States of America and Claimant Benjamin B. Mor Co., Inc. dba Vasco Assets ("Vasco Assets"), have made a stipulated request for the entry of this Consent Judgment. This Consent Judgment is dispositive only as to defendants One 2023 Land Rover Range Rover SUV and Miscellaneous Land Rover Range Rover Vehicle Accessories. The Court, having considered the stipulation of the parties, and good cause appearing therefor,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3. Notice of this action has been given as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No appearances have been made in this action by any party other than Vasco Assets. All potential claimants, except for Vasco Assets, admit the allegations of the Complaint for Forfeiture to be true. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. Vasco Assets shall have judgment as to the Defendant Vehicle and Accessories and no other right title or interest in the Defendant Vehicle and Accessories shall exist therein. The Defendant Vehicle is more particularly described as a 2023 Land Rover Range Rover with VIN SALK1BE79PA011048. The government shall make the Defendant Vehicle and Accessories available for pickup by Vasco Assets at their current storage location forthwith.

5. There was reasonable cause for the seizure of the Defendant Vehicle and Accessories. There was reasonable cause for the institution of these proceedings. This Consent Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the Defendant Vehicle and Accessories and the litigation of this action.

**IT IS SO ORDERED.**

Dated: ___April 16, 2024___

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

3